1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   GREGORY McCLELLAN,                          CASE NO. 1:07-cv-01642-LJO-SMS PC

10                    Plaintiff,                **ORDER TRANSFERRING CASE TO**
                                               **CENTRAL DISTRICT**
11          v.

12   JOHN MARSHALL, et al.,

13                    Defendants.
                                                        /
14

15          Plaintiff Gregory McClellan ("plaintiff") is proceeding pro se and in forma pauperis in this

16   civil rights action pursuant to 42 U.S.C. § 1983.  The federal venue statute requires that a civil

17   action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where

18   any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a

19   substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of

20   the property that is the subject of the action is situated, or (3) a judicial district in which any

21   defendant may be found, if there is no district in which the action may otherwise be brought." 28

22   U.S.C. § 1391(b).

23          In this case, none of the defendants reside in this district.  The claims arose in San Luis

24   Obispo County, which is in the Central District of California.  Therefore, plaintiff's case should have

25   been filed in the United States District Court for the Central District of California.  In the interest

26   of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.

27   See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

28   ///

1

1        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

2   District Court for the Central District of California.

3

4   IT IS SO ORDERED.

5   **Dated:    March 17, 2008**                              **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28